IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEANNE D. BYRD, et. al.          :
                                 :
                                 :
v.                               :    Civil Action No.CCB-96-27
                                 :
                                 :
WAL-MART STORES, INC.            :

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1.   costs are entered in favor of plaintiffs and against defendant in the amount of $4,576.26; and

2.   copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

3/29/02
Date

/s/ Catherine C. Blake
Catherine C. Blake
United States District Judge